ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 DEC -7 PM 3:26
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| AGSOUTH GENETICS, LLC, et al., | * |
| Plaintiffs, | * |
| vs. | * |
| FARMERS MILL & ELEVATOR COMPANY, et al., | * CIVIL ACTION NO. CV 314-122 |
| Defendants. | * |

# O R D E R

In a telephone conference, the parties notified the Court that they wished to stay the case for purposes of settlement negotiations. Upon due consideration, **IT IS HEREBY ORDERED** that this case is **ADMINISTRATIVELY CLOSED** for all purposes of statistical reporting for a period of ninety (90) days.[1] All proceedings herein are **STAYED** until further order of the Court.

**ORDER ENTERED** at Augusta, Georgia, this 7th day of December, 2015.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Administratively closing the case does not prejudice the rights of the parties to this litigation. It is a docket control device used by the Court for statistical purposes. Any party may move to reopen the case at any time.